■ DONALD WORTHY, Appellant, v AMERICAN TELEPHONE AND TELEGRAPH COMPANY et al., Respondents, et al., Defendants. [628 NYS2d 604] —Appeal by the plaintiff from an order of the Supreme Court, Dutchess County (Beisner, J.), entered December 2, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.